Josephine Shuneman, administratrix of estate of Burdette Claire Cleveland, deceased, appellee, v. Arthur V. Gage, appellant. Gen. No. 9,208.

Opinion filed December 2, 1937.

Louis H. Burrell and David M. Burrell, for appellant. Sims & Stransky, for appellee; Franklin J. Stransky, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.